

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-15-00606-CV

**IN RE** James David **HENRY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On October 7, 2015 the Respondent Judge in this original proceeding filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. Any response on behalf of the Respondent should be filed in this court no later than October 26, 2015.

It is so **ORDERED** on October 8, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-11645, styled *In the Interest of B.A.H., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.